IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| HULL PROPERTY GROUP, LLC and KA N22CR, LLC, | * |
| Plaintiffs, | * |
| v. | * CV 118-110 |
| QBE INSURANCE CORPORATION, | * |
| Defendant. | * |

**O R D E R**

Before the Court is the Parties' Stipulation of Dismissal with Prejudice. (Doc. 12.) All Parties signed the stipulation. Upon due consideration, the Court finds dismissal appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter shall be **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all other pending motions, if any, and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of October, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA